IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
(MACON DIVISION)

| | |
|---|---|
| IN RE:<br><br>CERTUS BANK, N.A., as successor by assignment to ATLANTIC SOUTHERN BANK,<br><br>      Plaintiff,<br><br>v.<br><br>GENE DUNWODY, JR.; GENE DUNWODY, SR.; JACK W. JENKINS; W. TONY LONG; and L. ROBERT LOVETT,<br><br>      Defendants | CIVIL ACTION NO.<br>5:14-CV-00069-CAR |

## SUGGESTION OF BANKRUPTCY

COMES NOW L. Robert Lovett, defendant in the above-captioned case, and in support of his suggestion of bankruptcy, respectfully shows as follows:

1.

On October 31, 2014, Defendant filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The case is known as Linwood R. Lovett and Carole M. Lovett, Case No. 14-52614.

2.

Defendant contends that this claim is automatically stayed under 11 U.S.C. § 362.

KATZ, FLATAU & BOYER, L.L.P.
By:

_/s/_____
WESLEY J. BOYER
State Bar No. 073126
355 Cotton Avenue
Macon, GA  31201
(478) 742-6481
wjboyer_2000@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served copies of the foregoing Suggestion of Bankruptcy upon:

Sean A. Gordon, Esq.
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

Elizabeth Hardy, Esq.
440 MLK Jr. Blvd., Suite 302
Macon, GA 31201

by depositing a copy of the same in the United States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto this 11th day of November, 2014.

_____
WESLEY J. BOYER