# APPENDIX 1

**[to Affidavit of Ray Persenaire in Support of Plaintiff's Motion for Summary Judgment]**

███4500 - Capricorn Centre LLC

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| 16-Apr-08 | Original Rate | Interest Rate: | 6.00% | | |
| 16-Apr-08 | LOAN ADVANCE | $176,752.13 | $176,752.13 | | $176,752.13 |
| 16-Apr-08 | Principal Payment | $176,752.13 | $176,752.13 | | $0.00 |
| 28-Apr-08 | **History** LOAN ADVANCE | $176,240.00 | $176,240.00 | | $0.00 |
| 29-May-08 | **History** Payment - Extra To Principal | $790.87 | $0.00 | $790.87 | $0.00 |
| 5-Jun-08 | **History** Payment - Extra To Principal | $790.87 | $0.00 | $790.87 | $0.00 |
| 16-Jul-08 | **History** Payment - Extra To Principal | $779.92 | $0.00 | $779.92 | $0.00 |
| 18-Aug-08 | **History** Payment - Extra To Principal | $798.27 | $0.00 | $798.27 | $0.00 |
| 16-Sep-08 | **History** Payment - Extra To Principal | $798.27 | $0.00 | $798.27 | $0.00 |
| 16-Oct-08 | **History** Payment - Extra To Principal | $772.52 | $0.00 | $772.52 | $0.00 |
| 17-Nov-08 | **History** Payment - Extra To Principal | $682.43 | $0.00 | $682.43 | $0.00 |
| 16-Dec-08 | **History** Payment - Extra To Principal | $660.90 | $0.00 | $660.90 | $0.00 |
| 16-Jan-09 | **History** Payment - Extra To Principal | $682.93 | $0.00 | $682.93 | $0.00 |
| 17-Feb-09 | **History** Payment - Extra To Principal | $682.93 | $0.00 | $682.93 | $0.00 |
| 16-Mar-09 | **History** Payment - Extra To Principal | $616.84 | $0.00 | $616.84 | $0.00 |
| 27-May-09 | **History** LOAN ADVANCE | $300.00 | $300.00 | | $0.00 |
| 27-May-09 | **History** Interest Payment | $682.93 | | $682.93 | $0.00 |
| 16-Jun-09 | **History** Payment - Extra To Principal | $1,795.34 | $0.00 | $1,795.34 | $0.00 |

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| 16-Jul-09 | **History** Payment - Extra To Principal | $882.70 | $0.00 | $882.70 | $0.00 |
| 14-Aug-09 | **History** Payment - Extra To Principal | $912.12 | $0.00 | $912.12 | $0.00 |
| 14-Oct-09 | **History** Payment - Extra To Principal | $912.13 | $0.00 | $912.13 | $0.00 |
| 14-Oct-09 | **History** Principal Payment | $87.87 | $87.87 | | $0.00 |
| 30-Nov-09 | **History** Payment - Extra To Principal | $882.70 | $0.00 | $882.70 | $0.00 |
| 29-Dec-09 | **History** Payment - Extra To Principal | $911.64 | $0.00 | $911.64 | $0.00 |
| 28-Jan-10 | **History** Payment - Extra To Principal | $882.26 | $0.00 | $882.26 | $0.00 |
| 16-Feb-10 | **History** Payment - Extra To Principal | $911.67 | $0.00 | $911.67 | $0.00 |
| 11-Mar-10 | **History** Payment - Extra To Principal | $911.67 | $0.00 | $911.67 | $0.00 |
| 30-Apr-10 | **History** Payment - Extra To Principal | $823.43 | $0.00 | $823.43 | $0.00 |
| 28-May-10 | **History** Interest Payment | $911.67 | | $911.67 | $0.00 |
| 31-Aug-10 | **History** Payment - Extra To Principal | $2,676.19 | $0.00 | $2,676.19 | $0.00 |
| 26-Oct-10 | **History** Late Charge (Manual) | $135.28 | | | $0.00 |
| 29-Nov-10 | **History** Payment - Extra To Principal | $2,705.59 | $0.00 | $2,705.59 | $0.00 |
| 26-Jan-11 | **History** Late Charge (Manual) | $135.28 | | | $0.00 |
| 28-Feb-11 | **History** Payment - Extra To Principal | $2,705.60 | $0.00 | $2,705.60 | $0.00 |
| 26-Apr-11 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 10-May-11 | **History** Late Charge Payment | $470.56 | | | $0.00 |
| 10-May-11 | **History** Payment - Extra To Principal | $2,999.68 | $352.90 | $2,646.78 | $0.00 |

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| 19-May-11 | **History** LOAN ADVANCE | $300.00 | $300.00 | | $0.00 |
| 8-Aug-11 | **History** Late Charge (Manual) | $134.04 | | | $0.00 |
| 15-Aug-11 | **History** Payment - Extra To Principal | $2,680.75 | $0.00 | $2,680.75 | $0.00 |
| 8-Oct-11 | Principal Increase (Conversion) | $176,752.13 | $176,752.13 | | $176,752.13 |
| 8-Oct-11 | Late Charge (Manual) | $134.04 | | | $176,752.13 |
| 7-Nov-11 | Automatic Late Charge | $135.50 | | | $176,752.13 |
| 7-Feb-12 | Automatic Late Charge | $135.51 | | | $176,752.13 |
| 8-May-12 | Automatic Late Charge | $200.00 | | | $176,752.13 |

| | Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|---|
| | 16-Apr-08 | Original Rate | Interest Rate: | 6.00% | | |
| | 16-Apr-08 | LOAN ADVANCE | $1,286,835.00 | $1,286,835.00 | | $1,286,835.00 |
| | 16-Apr-08 | Principal Payment | $1,286,835.00 | $1,286,835.00 | | $0.00 |
| | 30-Apr-08 | **History** LOAN ADVANCE | $4,159.36 | $4,159.36 | | $0.00 |
| | 30-Apr-08 | **History** LOAN ADVANCE | $17,000.00 | $17,000.00 | | $0.00 |
| | 30-Apr-08 | **History** LOAN ADVANCE | $30,000.00 | $30,000.00 | | $0.00 |
| | 30-Apr-08 | **History** LOAN ADVANCE | $1,020,562.31 | $1,020,562.31 | | $0.00 |
| | 2-May-08 | **History** Principal Payment | $9,749.49 | $9,749.49 | | $0.00 |
| | 5-May-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| | 29-May-08 | **History** LOAN ADVANCE | $790.87 | $790.87 | | $0.00 |
| | 30-May-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| | 18-Jun-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| | 30-Jun-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| | 16-Jul-08 | **History** LOAN ADVANCE | $779.92 | $779.92 | | $0.00 |
| | 16-Jul-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| | 16-Jul-08 | **History** LOAN ADVANCE | $13,583.35 | $13,583.35 | | $0.00 |
| | 16-Jul-08 | **History** Payment - Extra To Principal | $13,583.35 | $0.00 | $13,583.35 | $0.00 |
| | 30-Jul-08 | **History** LOAN ADVANCE | $3,041.52 | $3,041.52 | | $0.00 |
| | 4-Aug-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| | 11-Aug-08 | **History** LOAN ADVANCE | $10,000.00 | $10,000.00 | | $0.00 |
| | 18-Aug-08 | **History** LOAN ADVANCE | $798.27 | $798.27 | | $0.00 |
| | 18-Aug-08 | **History** LOAN ADVANCE | $882.76 | $882.76 | | $0.00 |
| | 27-Aug-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| | 15-Sep-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| | 15-Sep-08 | **History** LOAN ADVANCE | $6,434.16 | $6,434.16 | | $0.00 |
| | 16-Sep-08 | **History** LOAN ADVANCE | $130.60 | $130.60 | | $0.00 |
| | 16-Sep-08 | **History** LOAN ADVANCE | $798.27 | $798.27 | | $0.00 |
| | 16-Sep-08 | **History** LOAN ADVANCE | $882.77 | $882.77 | | $0.00 |
| | 25-Sep-08 | **History** LOAN ADVANCE | $6,600.00 | $6,600.00 | | $0.00 |
| | 16-Oct-08 | **History** LOAN ADVANCE | $130.26 | $130.26 | | $0.00 |
| | 16-Oct-08 | **History** LOAN ADVANCE | $772.52 | $772.52 | | $0.00 |

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| 16-Oct-08 | **History** LOAN ADVANCE | $854.29 | $854.29 | | $0.00 |
| 16-Oct-08 | **History** LOAN ADVANCE | $14,297.28 | $14,297.28 | | $0.00 |
| 16-Oct-08 | **History** Payment - Extra To Principal | $14,297.28 | $0.00 | $14,297.28 | $0.00 |
| 17-Oct-08 | **History** LOAN ADVANCE | $446.57 | $446.57 | | $0.00 |
| 17-Oct-08 | **History** LOAN ADVANCE | $512.50 | $512.50 | | $0.00 |
| 31-Oct-08 | **History** LOAN ADVANCE | $8,000.00 | $8,000.00 | | $0.00 |
| 12-Nov-08 | **History** LOAN ADVANCE | $11,640.07 | $11,640.07 | | $0.00 |
| 17-Nov-08 | **History** LOAN ADVANCE | $115.07 | $115.07 | | $0.00 |
| 17-Nov-08 | **History** LOAN ADVANCE | $682.43 | $682.43 | | $0.00 |
| 17-Nov-08 | **History** LOAN ADVANCE | $771.71 | $771.71 | | $0.00 |
| 28-Nov-08 | **History** LOAN ADVANCE | $8,000.00 | $8,000.00 | | $0.00 |
| 10-Dec-08 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| 10-Dec-08 | **History** LOAN ADVANCE | $11,640.27 | $11,640.27 | | $0.00 |
| 16-Dec-08 | **History** LOAN ADVANCE | $111.43 | $111.43 | | $0.00 |
| 16-Dec-08 | **History** LOAN ADVANCE | $660.90 | $660.90 | | $0.00 |
| 16-Dec-08 | **History** LOAN ADVANCE | $768.86 | $768.86 | | $0.00 |
| 16-Jan-09 | **History** LOAN ADVANCE | $115.15 | $115.15 | | $0.00 |
| 16-Jan-09 | **History** LOAN ADVANCE | $682.93 | $682.93 | | $0.00 |
| 16-Jan-09 | **History** LOAN ADVANCE | $794.49 | $794.49 | | $0.00 |
| 16-Jan-09 | **History** LOAN ADVANCE | $13,474.66 | $13,474.66 | | $0.00 |
| 16-Jan-09 | **History** Payment - Extra To Principal | $13,474.66 | $0.00 | $13,474.66 | $0.00 |
| 21-Jan-09 | **History** LOAN ADVANCE | $8,000.00 | $8,000.00 | | $0.00 |
| 28-Jan-09 | **History** LOAN ADVANCE | $4,000.00 | $4,000.00 | | $0.00 |
| 28-Jan-09 | **History** LOAN ADVANCE | $9,275.00 | $9,275.00 | | $0.00 |
| 17-Feb-09 | **History** LOAN ADVANCE | $115.15 | $115.15 | | $0.00 |
| 17-Feb-09 | **History** LOAN ADVANCE | $682.93 | $682.93 | | $0.00 |
| 17-Feb-09 | **History** LOAN ADVANCE | $794.49 | $794.49 | | $0.00 |
| 26-Feb-09 | **History** LOAN ADVANCE | $4,452.42 | $4,452.42 | | $0.00 |
| 27-Feb-09 | **History** LOAN ADVANCE | $9,500.00 | $9,500.00 | | $0.00 |
| 16-Mar-09 | **History** LOAN ADVANCE | $104.00 | $104.00 | | $0.00 |
| 16-Mar-09 | **History** LOAN ADVANCE | $616.84 | $616.84 | | $0.00 |

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| 16-Mar-09 | **History** LOAN ADVANCE | $717.61 | $717.61 | | $0.00 |
| 27-Apr-09 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 27-May-09 | **History** LOAN ADVANCE | $15,968.34 | $15,968.34 | | $0.00 |
| 27-May-09 | **History** Interest Payment | $14,008.94 | | $14,008.94 | $0.00 |
| 16-Jun-09 | **History** LOAN ADVANCE | $326.00 | $326.00 | | $0.00 |
| 16-Jun-09 | **History** LOAN ADVANCE | $1,795.34 | $1,795.34 | | $0.00 |
| 15-Jul-09 | **History** LOAN ADVANCE | $6,500.00 | $6,500.00 | | $0.00 |
| 16-Jul-09 | **History** LOAN ADVANCE | $160.08 | $160.08 | | $0.00 |
| 16-Jul-09 | **History** LOAN ADVANCE | $882.70 | $882.70 | | $0.00 |
| 16-Jul-09 | **History** LOAN ADVANCE | $3,114.68 | $3,114.68 | | $0.00 |
| 27-Jul-09 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 14-Aug-09 | **History** LOAN ADVANCE | $2,663.36 | $2,663.36 | | $0.00 |
| 14-Aug-09 | **History** Payment - Extra To Principal | $19,184.28 | $0.00 | $19,184.28 | $0.00 |
| 26-Oct-09 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 30-Nov-09 | **History** Payment - Extra To Principal | $19,719.68 | $0.00 | $19,719.68 | $0.00 |
| 26-Jan-10 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 16-Feb-10 | **History** Payment - Extra To Principal | $19,731.47 | $0.00 | $19,731.47 | $0.00 |
| 26-Apr-10 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 28-May-10 | **History** Interest Payment | $19,302.53 | | $19,302.53 | $0.00 |
| 26-Jul-10 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 31-Aug-10 | **History** Payment - Extra To Principal | $19,516.99 | $0.00 | $19,516.99 | $0.00 |
| 26-Oct-10 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 29-Nov-10 | **History** Principal Payment | $765.71 | $765.71 | | $0.00 |
| 30-Nov-10 | **History** Payment - Extra To Principal | $2,897.38 | $0.00 | $2,897.38 | $0.00 |
| 3-Dec-10 | **History** Payment - Extra To Principal | $1,500.00 | $0.00 | $1,500.00 | $0.00 |
| 26-Jan-11 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 28-Feb-11 | **History** Payment - Extra To Principal | $7,435.21 | $7,435.21 | $0.00 | $0.00 |

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| 28-Feb-11 | **History** Payment - Extra To Principal | $7,435.21 | $7,435.21 | $0.00 | $0.00 |
| 10-May-11 | **History** Late Charge Payment | $1,600.00 | | | $0.00 |
| 19-May-11 | **History** LOAN ADVANCE | $300.00 | $300.00 | | $0.00 |
| 20-Jul-11 | **History** Payment - Extra To Principal | $56,922.61 | $56,922.61 | $0.00 | $0.00 |
| 20-Jul-11 | **History** Payment - Extra To Principal | $56,922.61 | $56,922.61 | $0.00 | $0.00 |
| 15-Aug-11 | **History** Late Charge (Manual) | $200.00 | | | $0.00 |
| 8-Oct-11 | Principal Increase (Conversion) | $1,222,011.47 | $1,222,011.47 | | $1,222,011.47 |
| 8-Oct-11 | Late Charge (Manual) | $200.00 | | | $1,222,011.47 |
| 3-Nov-11 | TO ADJUST FOR SHADOW ACCOUNTING | $29,065.39 | $0.00 | $29,065.39 | $1,222,011.47 |
| 7-Nov-11 | Automatic Late Charge | $200.00 | | | $1,222,011.47 |
| 13-Jan-12 | Principal Payment | $402,511.68 | $402,511.68 | | $819,499.79 |
| 7-Feb-12 | Automatic Late Charge | $200.00 | | | $819,499.79 |
| 8-May-12 | Automatic Late Charge | $200.00 | | | $819,499.79 |
| 27-Aug-12 | BANCPAC CONV ADJ | $47,201.43 | $47,201.43 | | $866,701.22 |
| 27-Aug-12 | BANCPAC CONV ADJ | $47,201.43 | | $47,201.43 | $866,701.22 |