# APPENDIX 2

**[to Affidavit of Ray Persenaire in Support of Plaintiff's Motion for Summary Judgment]**

Capricorn Centre LLC
240 MARY ANNE DR
MACON GA 31220-5414

---

## Loan Payoff Statement

| | |
|---|---|
| Loan Payoff for: | Loan Number: ████4500 |
| Capricorn Centre LLC | Date Quoted: Dec 22, 2014 |
| 240 MARY ANNE DR | Payoff Good To: Dec 19, 2014 |
| MACON GA 31220-5414 | Method: 7/0 |

Collateral: PERSONAL GTYS

| | |
|---|---:|
| Principal: | $176,752.13 |
| Interest To Dec 19, 2014: | $36,528.75 |
| Late Charges: | $605.05 |
| Legal Expenses as of 12/4/2012 | $28,691.29 |
| **Net Amount Due:** | **$242,577.22** |

---

## Additional Information

| | |
|---|---:|
| One Day's Interest: | $29.46 |

Capricorn Centre LLC
240 MARY ANNE DR
MACON GA 31220-5414

---

## Loan Payoff Statement

| | | |
|---|---|---|
| Loan Payoff for: | Loan Number: | 4300 |
| Capricorn Centre LLC | Date Quoted: | Dec 22, 2014 |
| 240 MARY ANNE DR | Payoff Good To: | Dec 04, 2012 |
| MACON GA 31220-5414 | Method: | 7/0 |

Collateral: Multiple

| | |
|---|---|
| Principal: | $866,701.22 |
| Interest To Dec 04, 2012: | $82,707.37 |
| Late Charges: | $800.00 |
| Bid Amount 12/4/2012 | ($1,102,500.00) |
| Interest 744 days @ 30.72 12/5/2012 to 12/19/2014 | $22,855.68 |
| Appraisal Expenses as of 12/4/2012 | $11,700.00 |
| Property Taxes as of 12/4/2012 | $61,779.12 |
| Legal Expenses as of 12/4/2012 | $142,411.28 |
| **Net Amount Due:** | **$86,454.67** |

---

## Additional Information

| | |
|---|---|
| One Day's Interest: | $144.45 |