# GreenbergTraurig

Michael R. Wing
(678) 553-2675
WingM@gtlaw.com

August 7, 2012

<u>VIA CERTIFIED MAIL AND FIRST CLASS MAIL</u>

| | |
|---|---|
| Capricorn Centre, LLC<br>240 Mary Anne Drive<br>Macon, Georgia 31220<br>Attn: Ronald B. Conners, Manager | Gene Dunwody, Sr.<br>300 Mulberry Street, Suite 604<br>Macon, Georgia 31201 |
| Ronald B. Conners<br>240 Mary Anne Drive<br>Macon, Georgia 31220 | Gene Dunwody, Jr.<br>300 Mulberry Street, Suite 604<br>Macon, Georgia 31201 |
| Raymond O. Ballard, Jr.<br>P.O. Box 7622<br>Macon, Georgia 31220 | W. Tony Long<br>140 Hines Terrace<br>Macon, Georgia 31204 |
| Jack W. Jenkins<br>P.O. Box 13<br>Macon, Georgia 31202 | L. Robert Lovett<br>P.O. Box 185<br>Macon, Georgia 31202 |

Re: Commercial Loan Agreement dated April 28, 2011 (the "Loan Agreement") by and between Capricorn Centre, LLC ("Borrower") and Atlantic Southern Bank; Promissory Note dated April 28, 2011 from Borrower to the order of Atlantic Southern Bank in the principal amount of $1,286,369.29 (as modified, renewed, restated or otherwise amended from time to time, the "Note"; Loan No. ▓▓▓▓4300); Deed to Secure Debt dated April 16, 2008, executed by Borrower in favor of Atlantic Southern Bank and recorded in Deed Book 7826, Page 328, Bibb County, Georgia records (the "Deed to Secure Debt"); Guaranty dated April 16, 2008 by W. Tony Long in favor of Atlantic Southern Bank, Guaranty dated April 28, 2011 by Ronald B. Conners in favor of Atlantic Southern Bank, Guaranty dated April 28, 2011 by L. Robert Lovett in favor of Atlantic Southern Bank, Guaranty dated April 28, 2011 by Jack W. Jenkins in favor of Atlantic Southern Bank, Guaranty dated April 28, 2011 by Eugene C. Dunwody, Sr. in favor of Atlantic Southern Bank, Guaranty dated April 28, 2011 by Eugene C. Dunwody, Jr. in favor of Atlantic Southern Bank, Guaranty dated April 28, 2011 by Raymond O. Ballard in favor of Atlantic Southern Bank (collectively, the "Guaranties") (the Loan Agreement, Note, the Deed to Secure Debt, the Guaranties, and the documents, instruments, and agreements related thereto may be referred to collectively herein as the "Loan Documents")

ATL 18,688,492v1

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
Terminus 200 ■ 3333 Piedmont Road, NE ■ Suite 2500 ■ Atlanta, GA 30305 ■ Tel 678.553.2100 ■ Fax 678.553.2212

2-1

Capricorn Centre, LLC
August 7, 2012
Page 2

Gentlemen:

    The undersigned and this law firm represent CertusBank, N.A. ("CertusBank"), the current owner and holder of the above-referenced Loan Documents by virtue of purchase and assignment from the Federal Deposit Insurance Corporation as Receiver for Atlantic Southern Bank. Any capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Loan Documents.

    This letter is written to inform you that the Note has matured and accordingly, the entire unpaid principal indebtedness evidenced by the Note, together with all interest, fees, and other charges accrued thereon, is immediately due and payable in full and demand for the immediate payment of such sums is hereby made as follows:

| | |
|---|---|
| Principal: | $866,410.02 |
| Accrued Interest: | $94,701.09 as of August 7, 2012 (plus a per diem thereafter of $144.40) |
| Reimbursement for Property Taxes: | $43,715.14 |
| Accrued Fees: | $13,684.08 |
| Total Outstanding: | $1,018,510.33 as of August 7, 2012 |

    Be advised that the Note provides for the payment of all costs of collection, including attorneys' fees, if collected by or through an attorney-at-law. You are hereby given the ten (10) day notice required by O.C.G.A. § 13-1-11, that the provisions of the Note relating to the payment of reasonable attorneys' fees in addition to all amounts due under the Note shall be enforced. You have ten (10) days after receipt of this letter in which to pay all amounts due and owing on the Note to avoid payment of attorneys' fees. If payment is not made within that time, CertusBank may collect reasonable attorneys' fees allowable by law in addition to all amounts due under the Note. In addition, be advised that CertusBank reserves the right to exercise all of its remedies under the Note, the Deed to Secure Debt, and the other Loan Documents, at law, or in equity, by virtue of the aforesaid default.

    CertusBank hereby reserves the right to exercise any and all of its rights and remedies under the Loan Documents. You are hereby advised that CertusBank reserves the right to exercise all of such rights and remedies without further notice to Borrower or any other Person, and that any prior agreement by CertusBank to forbear from or forego the exercise of the rights and remedies available to CertusBank is no longer of any force or effect.

    Please direct all future communication regarding this matter to the undersigned..

                                                      Sincerely,

                                                      Michael R. Wing

MRW/jso
cc:    CertusBank, N.A.

**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**