```
1            IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
2                      (MACON DIVISION)

3    CERTUS BANK, N.A., as successor )
     by assignment to ATLANTIC       )
4    SOUTHERN BANK,                   )
                                      )
5              Plaintiff,             )
                                      )   CIVIL ACTION FILE
6         vs.                         )
                                      )   NO. 5:14-cv-00069-CAR
7    GENE DUNWODY, JR., GENE DUNWODY, )
     SR., JACK W. JENKINS, W. TONY    )
8    LONG, and L. ROBERT LOVETT,      )
                                      )
9              Defendants.            )

10   _____

11              DEPOSITION OF JACK W. JENKINS
                      OCTOBER 30, 2014
12                      1:30 P.M.
     _____
13

14

15

16

17

18

19

20

21

22

23

24

25
```



CERTIFIED COURT REPORTERS

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, GA 30326 • www.premierreporting.com
404.237.1990
800.317.5773

```
 1              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
 2                       (MACON DIVISION)

 3   CERTUS BANK, N.A., as successor )
     by assignment to ATLANTIC       )
 4   SOUTHERN BANK,                  )
                                     )
 5             Plaintiff,            )
                                     ) CIVIL ACTION FILE
 6        vs.                        )
                                     ) NO. 5:14-cv-00069-CAR
 7   GENE DUNWODY, JR., GENE DUNWODY,)
     SR., JACK W. JENKINS, W. TONY   )
 8   LONG, and L. ROBERT LOVETT,     )
                                     )
 9             Defendants.           )

10   _____

11              DEPOSITION OF JACK W. JENKINS
                       OCTOBER 30, 2014
12                        1:30 P.M.
     _____
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                              Page 2
 1    APPEARANCES OF COUNSEL

 2         On behalf of the Plaintiff:

 3            Sean Gordon, Esq.
              Greenberg Traurig
 4            Terminus 400
              3333 Piedmont Road, NE
 5            Suite 2500
              Atlanta, Georgia 30305
 6            gordonsa@gtlaw.com
              678-553-2100
 7
           On behalf of the Defendants:
 8
              Wesley J. Boyer, Esq.
 9            Katz, Flatau & Boyer
              355 Cotton Avenue
10            Macon, Georgia 31201
              wjboyer_2000@yahoo.com
11            478-742-6481

12                       * * *

13

14         MR. SMITH:  We're on the record in the

15    case of CertusBank NA, a successor by

16    assignment to Atlanta Southern Bank versus Gene

17    Dunwody, Jr., et al., Case No.

18    5:14-cv-00069-CAR.

19         This is the deposition of Jack W. Jenkins.

20    This deposition is being taken by notice and

21    agreement of counsel and the parties for

22    purposes of discovery and all other purposes

23    permitted by the Federal Rules of Civil

24    Procedure.

25         Present in the room is Mr. Jenkins and his
```

```
 1        counsel, Mr. Boyer.
 2             Can you please swear the witness.
 3                    JACK W. JENKINS,
 4   having been first duly sworn, was deposed and testified as
 5   follows:
 6                       EXAMINATION
 7   BY MR. SMITH:
 8        Q    Mr. Jenkins, what is your current home and
 9   work address?
10        A    Current home, 2649 Stanislaus Circle,
11   Macon 31204.  Work is 327 3rd Street, Macon 31202,
12   I think.
13        Q    Were you a member of Capricorn Center,
14   LLC?
15        A    Yes.
16        Q    What was the purpose of that entity?  What
17   was its business purpose?
18        A    To develop property in Macon downtown on
19   MLK.
20        Q    Are you familiar with an entity named 615
21   5th Street, LLC?
22        A    I'm not sure about that now.
23             (Whereupon, previously marked Exhibit 24
24   entered.)
25   BY MR. SMITH:
```

Page 4

```
 1      Q    I'm handing you what has been marked as
 2   Exhibit 24.  This is a letter that an attorney at
 3   Greenberg-Traurig sent to Mr. Boyer, your counsel.
 4           Have you ever seen this E-mail?
 5      A    Don't think so.
 6      Q    This E-mail references a delay of
 7   foreclosure in exchange for receipt of a $50,000
 8   payment on several entities.
 9           Do you see that?
10      A    Uh-huh, yes, sir.
11      Q    And one of those entities is 615 5th
12   Street, LLC.
13           Do you know if you were a member of that
14   entity?
15      A    I don't know.  I don't think so.  I -- I
16   just remember Capricorn Center, LLC was
17   my understanding -- that was my understanding of my
18   involvement.
19      Q    Okay.  Did Capricorn Center, LLC take out
20   loans from Atlantic Southern Bank?
21      A    Yes.
22      Q    To your knowledge, were those loans fully
23   paid back?
24      A    I'm not sure the status of -- of what was
25   paid back or how much was paid back.
```

```
                                                          Page 5
 1       Q    Okay.  Did you guarantee those loans?
 2       A    I think parts -- to a limited extent I
 3  think I did.
 4            (Whereupon, previously marked Exhibit 6
 5  entered.)
 6  BY MR. SMITH:
 7       Q    Okay.  If you could turn to Exhibit 6,
 8  please.
 9            This is a Guaranty dated April 16th,
10  2010 that you signed in favor of Atlantic Southern
11  Bank, correct?
12       A    Yes.
13       Q    Is that your signature on Page 3?
14       A    Yes.
15       Q    Are those your initials on each of the
16  pages?
17       A    Yes.
18       Q    Is this a true and correct copy of the
19  document that you signed?
20       A    I believe so.
21       Q    This document references, on the first
22  page, a Promissory Note dated April 16th, 2010
23  from Capricorn Center in the amount of $176,452.13.
24            Do you see that?
25       A    Yes.
```

Page 6

```
 1      Q    Was it your understanding, when you signed
 2   this, that you were guaranteeing that loan up to the
 3   cap that's referenced in Section 2?
 4      A    Right, up to a -- there was a liability, a
 5   $33,045 limit to my liability or cap to my liability
 6   is my understanding.
 7      Q    You're an attorney, correct?
 8      A    Yes.
 9      Q    And there's some other language in that
10   sentence, as well.  It says:  "My liability will not
11   exceed $33,045 of the principal amount outstanding
12   at default plus accrued interest, attorney's fees
13   and collection costs, when allowed by law, and all
14   other costs, fees and expenses agreed to be paid
15   under all agreements evidencing the debt and
16   securing payment of the debt."
17           Based on that language, was it your
18   understanding, when you signed this, that the cap
19   was to be applied to the principal amount, but that
20   there there could be accrued interest and attorney's
21   fees and collection costs on top of that, correct?
22      A    Right, uh-huh, yes.
23           (Whereupon, previously marked Exhibit 15
24   entered.)
25   BY MR. SMITH:
```

Page 7

```
 1       Q     Okay.  If you could turn to Exhibit 15,
 2   please.
 3       A     Okay.
 4       Q     This is another Guaranty that's dated
 5   April 28th, 2011 that you signed in favor of
 6   Atlantic Southern Bank, correct?
 7       A     Yes.
 8       Q     Is that your signature on Page 3?
 9       A     Yes.
10       Q     Are those your initials at the bottom of
11   each page?
12       A     Yes.
13       Q     Is this a true and correct copy of the
14   Guaranty that you signed?
15       A     I believe so.
16       Q     This Guaranty, in Section 2, references a
17   Promissory Note No. 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 dated April 28th,
18   2011 from Capricorn, LLC in the amount of
19   $1,286,369.29.
20             Is it your understanding, when you signed
21   this, that you were guarantying that note up to the
22   liability cap that's referenced in Section 2?
23       A     Yes.
24       Q     Okay.  And like the other Guaranty, that
25   has a specific number for a cap amount for the
```

```
                                                             Page 8
 1   principal, and in this case it says $241,280; is

 2   that correct?

 3       A    Right.

 4            (Whereupon, previously marked Exhibit 21

 5   entered.)

 6   BY MR. SMITH:

 7       Q    Okay.  If you could turn to Exhibit 21,

 8   please.

 9       A    Okay.

10       Q    This is a letter dated August 7, 2012 that

11   was sent to you among other parties.

12            Do you recall receiving a copy of this

13   letter?

14       A    I think so, yes.

15       Q    Is this a true and correct copy of the

16   letter that you received, as far as you can tell?

17       A    Yes.

18       Q    There are amounts asserted as outstanding

19   on Page 2 of the letter --

20       A    Right.

21       Q    -- under the $1.2 million note, roughly

22   $1.2 million note.

23            As of August 7, 2012, do you have any

24   reason to believe that the numbers that are asserted

25   here are either correct or incorrect?
```

Page 9

```
 1      A     I don't know if it's correct or incorrect.
 2      Q     Okay.  And that's what I was asking you.
 3            You wouldn't have any reason to believe
 4   it's incorrect?
 5      A     That's right.
 6      Q     And you wouldn't have any reason to
 7   believe that it's correct?
 8      A     That's true.
 9      Q     You have no knowledge either way?
10      A     Right.
11            (Whereupon, previously marked Exhibit 22
12   entered.)
13   BY MR. SMITH:
14      Q     If you could turn to Exhibit 22, please.
15            This is another letter dated
16   August 17th, 2012 sent to you by Michael Wing of
17   my firm Greenberg-Traurig.
18            Do you recall receiving this letter?
19      A     Yes.
20      Q     Is this a true and correct copy of the
21   letter that you received?
22      A     As far as I know.
23      Q     And with regard to the 176,445.13 note to
24   Capricorn or that Capricorn signed, do you have any
25   reason to believe that the amounts that are asserted
```

Page 10

1  as outstanding as of August 17, 2012 are incorrect?
2       A    No.
3       Q    Do you have any idea when the last payment
4  on either of these two loans was made?
5       A    No.
6       Q    And, again, you're just not sure what
7  amounts, if any, are outstanding, as we sit here
8  today, under these loans?
9       A    That's right.
10           MR. SMITH:  I don't have any other
11      questions.
12           MR. BOYER:  I don't have any questions.
13           MR. SMITH:  The deposition of Mr. Jenkins
14      is concluded.
15           Thank you, Mr. Jenkins.
16           THE WITNESS:  You're welcome.
17                      (Deposition Concluded)
18
19
20
21
22
23
24
25

```
 1                  C E R T I F I C A T E
 2                  - - - - - - - - - - -
 3   STATE OF GEORGIA:
 4   FULTON COUNTY:
 5             I hereby certify that the foregoing
 6   transcript was  taken down as stated in the caption,
 7   and the questions and answers thereto were reduced
 8   to typewriting under my direction; that the
 9   foregoing pages 1 through 10 represent a true and
10   correct transcript of the evidence given upon said
11   hearing, and I further certify that I am not a
12   relative or employee or attorney or counsel of any
13   of the parties, nor am I a relative or employee of
14   such attorney or counsel, nor am I financially
15   interested in the action.
16             This the 1st day of December, 2014.
17
18                      _____
                        KELLY A. EMERY, CCR-B-941
19
20
21
22
23
24
25
```

### $

$176,452.13  5:23
$33,045  6:5,11
$50,000  4:7

### 1

15  6:23
16th  5:9,22

### 2

2  6:3
2010  5:10,22
24  3:23 4:2
2500  2:5
2649  3:10

### 3

3  5:13
30305  2:5
31201  2:10
31202  3:11
31204  3:11
327  3:11
3rd  3:11

### 4

400  2:4
478-742-6481  2:11

### 5

5:14-cv-00069-car  2:18
5th  3:21 4:11

### 6

6  5:4,7
615  3:20 4:11

### A

accrued  6:12,20
address  3:9
agreed  6:14
agreement  2:21
agreements  6:15
allowed  6:13
amount  5:23 6:11,19
APPEARANCES  2:1
applied  6:19
April  5:9,22
assignment  2:16
Atlanta  2:5,16
Atlantic  4:20 5:10
attorney  4:2 6:7
attorney's  6:12,20
Avenue  2:9

### B

back  4:23,25
Bank  2:16 4:20 5:11
Based  6:17
behalf  2:2,7
Boyer  2:8,9 3:1 4:3
business  3:17

### C

cap  6:3,5,18
Capricorn  3:13 4:16,19 5:23
case  2:15,17
Center  3:13 4:16,19 5:23
Certusbank  2:15
Circle  3:10
Civil  2:23
collection  6:13,21
copy  5:18
correct  5:11,18 6:7,21
costs  6:13,14,21
Cotton  2:9
counsel  2:1,21 3:1 4:3
current  3:8,10

### D

dated  5:9,22
debt  6:15,16
default  6:12
Defendants  2:7
delay  4:6
deposed  3:4
deposition  2:19,20
develop  3:18
discovery  2:22
document  5:19,21
downtown  3:18
duly  3:4
Dunwody  2:17

### E

E-mail  4:4,6
entered  3:24 5:5 6:24
entities  4:8,11
entity  3:16,20 4:14
Esq  2:3,8
et al  2:17
evidencing  6:15
EXAMINATION  3:6
exceed  6:11
exchange  4:7
Exhibit  3:23 4:2 5:4,7 6:23
expenses  6:14

### F

familiar  3:20
favor  5:10
Federal  2:23
fees  6:12,14,21
Flatau  2:9
foreclosure  4:7
fully  4:22

### G

Gene  2:16
Georgia  2:5,10
Gordon  2:3
gordonsa@gtlaw.com  2:6
Greenberg  2:3
Greenberg-traurig  4:3
guarantee  5:1
guaranteeing  6:2
Guaranty  5:9

### H

handing  4:1
home  3:8,10

### I

initials  5:15
interest  6:12,20
involvement  4:18

### J

Jack  2:19 3:3
Jenkins  2:19,25 3:3,8
Jr  2:17

### K

Katz  2:9
knowledge  4:22

### L

language  6:9,17
law  6:13
letter  4:2
liability  6:4,5,10
limit  6:5
limited  5:2
LLC  3:14,21 4:12,16,19
loan  6:2
loans  4:20,22 5:1

### M

Macon  2:10 3:11,18
marked  3:23 4:1 5:4 6:23
member  4:13
MLK  3:19

### N

NA  2:15
named  3:20
NE  2:4
Note  5:22
notice  2:20

### O

outstanding  6:11

### P

pages  5:16
paid  4:23,25 6:14
parties  2:21

**parts** 5:2
**payment** 4:8 6:16
**permitted** 2:23
**Piedmont** 2:4
**Plaintiff** 2:2
**Present** 2:25
**previously** 3:23 5:4 6:23
**principal** 6:11,19
**Procedure** 2:24
**Promissory** 5:22
**property** 3:18
**purpose** 3:16,17
**purposes** 2:22

### R

**receipt** 4:7
**record** 2:14
**referenced** 6:3
**references** 4:6 5:21
**remember** 4:16
**Road** 2:4
**room** 2:25
**Rules** 2:23

### S

**Sean** 2:3
**Section** 6:3
**securing** 6:16
**sentence** 6:10
**signature** 5:13
**signed** 5:10,19 6:1, 18
**sir** 4:10
**SMITH** 2:14 3:7,25 5:6 6:25
**Southern** 2:16 4:20 5:10
**Stanislaus** 3:10

**status** 4:24
**Street** 3:11,21 4:12
**successor** 2:15
**Suite** 2:5
**swear** 3:2
**sworn** 3:4

### T

**Terminus** 2:4
**testified** 3:4
**top** 6:21
**Traurig** 2:3
**true** 5:18
**turn** 5:7

### U

**uh-huh** 4:10 6:22
**understanding** 4:17 6:1,6,18

### V

**versus** 2:16

### W

**Wesley** 2:8
**wjboyer_2000@ yahoo.com** 2:10
**work** 3:9,11